| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>GREENBERG TRAURIG, LLP<br>Valerie W. Ho (SBN 200505)<br>Valerie.Ho@gtlaw.com<br>Adam M. Korn (SBN 333270)<br>Adam.Korn@gtlaw.com<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2121<br>Tel.: 310.586.7700  Fax: 310.586.7800 | |
| ATTORNEY(S) FOR: FORWARD FINANCING LLC | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORWARD FINANCING LLC<br><br>Plaintiff(s),<br>v.<br>FORWARD FUNDING GROUP, INC.;<br>FUNDING FIRST GROUP, INC.; and DOES 1-10<br><br>Defendant(s) | CASE NUMBER 2:25-cv-10639:<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____FORWARD FINANCING LLC_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| FORWARD FINANCING LLC | Plaintiff; FF Holdings LLC owns 10% or more of Forward Financing LLC's stock. No publicly held corporation owns 10% or more of Forward Financing LLC's stock. |
| FORWARD FUNDING GROUP, INC. | Defendant |
| FUNDING FIRST GROUP, INC. | Defendant |

November 5, 2025
Date

/s/ Valerie W. Ho
Signature

Attorney of record for (or name of party appearing in pro per):

FORWARD FINANCING LLC