# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| FORWARD FINANCING LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>FORWARD FUNDING GROUP, INC.;<br>FUNDING FIRST GROUP, INC.; and<br>DOES 1-10,<br><br>              Defendants. | Case No. 2:25-cv-10639-MAR<br><br>Assigned to: Hon. Margo A. Rocconi<br><br>**STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **GRANTED**.

**IT IS SO ORDERED**.

Dated: ____March 31____, 2026

_____
HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

14
[PROPOSED] STIPULATED PROTECTIVE ORDER